**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────

**HELEN SWARTZ,**

                    **Plaintiff,**

      **- against -**

**IMCMV TIMES SQUARE LLC,**

                    **Defendant.**
─────────────────────────────────

                                  **22-cv-9527 (JGK)**

                                  <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

A telephone conference is scheduled for **March 27, 2023** at **3:00p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**
**Dated:**    **New York, New York**
            **March 10, 2023**

                      **\_\_\_\_\_/s/ John G. Koeltl\_\_\_\_\_**
                           **John G. Koeltl**
                  **United States District Judge**