```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HELEN SWARTZ,

                Plaintiff,

   - against -

IMCMV TIMES SQUARE LLC,

                Defendant.

22-cv-9527 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for this afternoon at 2:30 PM is canceled.

SO ORDERED.
Dated:   New York, New York
          April 13, 2023

                          John G. Koeltl
                     United States District Judge